# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132403

RITA RAAG,
      Plaintiff-Appellee,

v

JEFFREY BALAZSY, M.D. and
WEISSMAN, GITLIN AND HERKOWITZ,
M.D.'S P.C., d/b/a WEISSMAN, GITLIN,
HERKOWITZ, M.D., P.C.,
      Defendants-Appellants.

SC: 132403
COA: 272567
Oakland CC: 2006-073638-NH

_____/

On order of the Court, the application for leave to appeal the September 25, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

d0416